No. D–724. IN RE DISBARMENT OF STORTS. It is ordered that Brick P. Storts III, of Tucson, Ariz., be suspended from the

practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.